UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, for the use of OLDCASTLE GLASS, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>ARCH INSURANCE COMPANY; JMR CONSTRUCTION CORP., a corporation d/b/a JMR Construction; and HANSON GLASS & MIRROR CO., INC., <br><br>        Defendants. | 2:08-cv-03155-GEB-DAD <br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

      The status report filed on June 9, 2009, indicates that the status conference now scheduled for June 29, 2009, should be rescheduled since the parties are engaged in meaningful settlement discussions. Therefore, the status conference is rescheduled to commence at 9:00 a.m. on August 10, 2009. A joint status report shall be filed fourteen days prior to the status conference. Further, the request in the status report that "JMR's" time to respond to the complaint be extended to July 16, 2009 is granted.

Dated: June 22, 2009

                         GARLAND E. BURRELL, JR.
                         United States District Judge