UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of OLDCASTLE GLASS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ARCH INSURANCE COMPANY; JMR CONSTRUCTION CORP., a corporation d/b/a JMR Construction; and HANSON GLASS & MIRROR CO., INC., <br><br>　　　　　Defendants. | 2:08-cv-03155-GEB-DAD <br><br> ORDER RE SETTLEMENT <br> AND DISPOSITION |

　　　　On July 27, 2009, the parties filed a Joint Status Report in which they state they have settled this action and anticipate filing a request for dismissal on or before September 1, 2009.  Therefore, a dispositional document shall be filed no later than September 1, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　The status conference scheduled for August 10, 2009, is continued to commence at 9:00 a.m. on September 28, 2009, in the event that no dispositional document is filed, or if this action is not otherwise dismissed.  Further, a joint status report shall be filed

1 fourteen days prior to the status conference.[1]

2         IT IS SO ORDERED.

3 Dated: August 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2